IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DE'LACEY DOBBINS )
)
v. ) NO. 3-12-1221
) JUDGE CAMPBELL
SB INTERNATIONAL, INC. )

ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 20), indicating that this case has been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for June 9, 2014, and the jury trial set for June 17, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE