UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

DE'LACEY DOBBINS )
)
)
v. ) NO. 3:12-1221
) JUDGE CAMPBELL
)
SB INTERNATIONAL, INC. )
)

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/20/2013.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk